An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DURNELL DESHON SWAYNE,
Appellant,

vs.

THE STATE OF NEVADA; KATHY KING; SHEILA BARTH; DAVID MAR; RICHARD LONG; JOHN SCOTT; AND THE BOARD OF MEDICAL EXAMINERS,
Respondents.

No. 66111

**FILED**

SEP 1 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve the civil proper person appeal statement. Appellant's civil appeal statement was due in this court by August 27, 2014. To date, appellant has failed to file the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Richard Wagner, District Judge
Durnell Deshon Swayne
Attorney General/Carson City
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30428